UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Megan DaSilva
David DaSilva

_____

(Enter above the full name of
plaintiff in this action)

v.

Laura Plishka
Jim Plishka
Lehman Twp Police Dep
Luzerne

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 3:22CV 0043
(to be supplied by Clerk
of the District Court)

FILED
SCRANTON

JAN 10, 2022

## COMPLAINT

1. The plaintiff **Megan and David DaSilva** a citizen of the County of **Luzerne** State of Pennsylvania, residing at **1393 Mountain View DR 18612**

wishes to file a complaint under _____
(give Title No. etc.)

2. The defendant is **Laura and Jim Plishka and The Lehman Twp Police Dep Luzerne**

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary)

3. (CONTINUED) _____

_____

_____

_____

_____

_____

_____

_____

_____

4. WHEREFORE, plaintiff prays that _____

_____

_____

_____

_____

_____

_____

_____

*[signature]*
(Signature of Plaintiff)

Megan DaSilva
303 Mountain View DR Dallas
PA 18612

U.S. District Court
Middle District of Pennsylvania
Po Box 1148
235 N. Washington Avenue
Scranton PA 18501

RECEIVED
SCRANTON
JAN 10 2022
PER _____
DEPUTY CLERK