3:22cv0043

To whom it may concern:

      My name is Megan Dasilva. When we met Jim and Laura Plishka, we tried being friends with them, but quickly learned that the friendship wouldn't work. After that, we asked Jim to no longer come over to our house because he was hitting on younger girls and displaying inappropriate behaviors in front of our family and friends. Ever since then, Jim has become an issue to my family and friends. He started shooting our animals and over our heads and my mailbox. I did call the police on him for that. During the winter he would drive his snowmobile close to our property and get the animals scared and have them go crazy. He repeatedly called the police on my husband, David Dasilva, when he was working in the yard and when we had fire going in the firepit and when we had gotten together with our family and friends for events at the house. He would start shooting towards the house and he would also get into his truck and close to our property and shine the high beams at us. We called the police about it, and they did nothing about it. Jim was so worried about what goes on, on my property. He had no reason to be on our property. We didn't want him coming over anymore. And for him to take any kind of guns to shoot over our heads was a threat to me and my family and my company and friends in my life. This would happen at night when we couldn't see him, but we knew it was him because he was yelling, "Go back to your own country where you came from!" "You all should die!", and he was told about it by the police once, but he didn't care. This happened over 100 times, so it didn't matter to the police if me or my family lived or died. My life meant nothing to them because I am married to a Brazilian and have children with him. They did not like that I was dealing with a different culture. So, Jim would call anyone to cause issues such as the zoning office, the police, the fire department and even children and youth! All these reports were under false pretenses, only trying to cause drama and give us a hard time. He made false reports to children and youth about my children being home alone, even though my father would be at my house watching them. He would waste the firefighters time by telling them that the fire in our fire pit was way too big or saying that we are burning shingles. We would only burn wood in the firepit. We would follow the rules of our community regarding fires. He has trespassed on our property and vandalized our property with spray paint. He sprays painted word "TRUMP" in big letters on our storage container. He has shot five chickens and two roosters on our property and again the police did nothing about it! I have a video of him shooting our chickens. He also shot one of our ducks and threw it on to our property. That is when we called the police and the SPCA. The SPCA got involved when he shot the duck, and he did admit to doing that. I did show the police the video of him shooting the chickens, but they didn't care. I have plenty of witnesses that were at my house every time he called the police on us and even when I called the police, and they never came down. The only the time that they would come down is when he would call. Also, my friends did call the police when he was shooting towards the house, and they said that they would be down, and they never showed. Tell me how I'm supposed to count on the police to help me and my family if something happens, if they would never show up when I would call? They just ignored us. The times they showed up after his calls, they would tell us that they saw nothing was wrong or they didn't see

anything illegal occurring but would still harass and threaten us with citations. When we asked what the citations would be for if nothing was wrong, they would say because they keep receiving calls about us. However, if Jim and Laura are making the false reports, why wouldn't they be threatened with citations for false reports and wasting the time of the police? Why would I be threatened or why would my family be threatened if we aren't committing any crimes? We also have video of him shooting over the top of our heads at night. We have videos of him acting strangely like he is a mad man on the loose. He tried to befriend us and then tried to stab us in the back because he couldn't get his way with me or my husband. This is a Class Action Suit against the police department and everyone else that was involved. Laura and Jim Plishka, the police, children and youth, the fire department and SPCA all knew what was going on and continuously allowed these people to harass us and get away with false reporting. Below is a list of people that were at my home when all this was going on and we will all be filing a Class action suit against The Lehman Township police department and Laura and Jim Plishka.

Thank you,

Megan Dasilva

David Robert Dasilva

1393 Mountain View Dr Dallas PA 18621

Moses Leonard Dasilva

1393 Mountain View Dr Dallas PA 18612

Noah Gabriel Dasilva

1393 Mountain View Dr Dallas PA 18612

Dewaine Gabriel Dasilva

1393 Mountain View Dr Dallas PA 18612

Caio Acyprestes   *[signature]*

1393 Mountain View Dr Dallas PA 18612

Robert Brown   *[signature]*

166 Page Ave Kingston PA 18704

Beth Brown   *[signature]*

166 Page Ave Kingston PA 18704

Shahara Hall

198 Main Street Kingston PA 18704

Legend Powell

198 Main Street Kingston PA 18704

Layla Powell

198 Main Street Kingston PA 18704

Rafael Modenese

617 River St Scranton PA

Nielesen Aparecido Matos Vieira

212 Rear South Main St Pittston 18640

Alex Vieira, Sienna Vieira

212 Rear South Main St Pittston 18640

Larissa Lacerda

126 10th Ave Scranton 18504

Luanna Von Ron Don

2148 Magee Ave Philadelphia 19149

Eder Dasilva, Julie Dasilva

39 Martin St Hudson PA 18705

Megan DaSilva
343 Mountain View DR Dallas
PA 18612

U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton PA 18501

RECEIVED
SCRANTON
JAN 10 2022
PER _____
DEPUTY CLERK